IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FAT BRAIN TOYS, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>QUANZHOUTAISHANGTOUZIQUYUJIN GMAOYIYOUXIANGONGSI,<br><br>Defendant. | 8:25CV679<br><br><br>ORDER TO SHOW CAUSE |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Plaintiff commenced this action on November 25, 2025. (Filing No. 1). The same day, Plaintiff filed a Motion for Electronic Service pursuant to Fed. R. Civ. P. 4(f)(3). (Filing No. 6). The court granted Plaintiff's motion and authorized service by electronic mail to the email addresses provided by Defendant in their FCC application. (Filing No. 13). On December 4, 2025, Plaintiff filed an executed summons showing that electronic service had been completed to those email addresses. To date, Defendant has not filed any responsive pleading or otherwise appeared in this case, and Plaintiff has taken no further action.

Plaintiff has a duty to prosecute this case and may, for example, seek default in accordance with applicable rules, voluntarily dismiss this action, or take other action as

appropriate. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute, or the action will be dismissed for lack of prosecution.

Accordingly,

IT IS ORDERED that on or before January 23, 2026, Plaintiff must show cause why this case should not be dismissed for failure to prosecute or take some other appropriate action.

Dated this 8th day of January, 2026.

BY THE COURT:

s/ Ryan C. Carson  
United States Magistrate Judge