IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FAT BRAIN TOYS, LLC, a Delaware
limited liability company;

                    Plaintiff,

        vs.

QUANZHOUTAISHANGTOUZIQUYUJIN
GMAOYIYOUXIANGONGSI,

                    Defendant.

**8:25CV679**

**ORDER TO SHOW CAUSE**

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Plaintiff commenced this action on November 25, 2025. (Filing No. 1). On January 13, 2026, Plaintiff filed a Motion for Clerk's Entry of Default, which was entered the next day. (Filing No. 21, Filing No. 22). Ten days later, Plaintiff filed a Motion for Default Judgment. (Filing No. 23).

On March 5, 2026, the court denied Plaintiff's Motion for Default Judgment, concluding that Plaintiff's complaint failed to establish a legitimate cause of action for trade-dress infringement under the Lanham Act. (Filing No. 24). Plaintiff has taken no other action in response to the court's order. Plaintiff has a duty to prosecute this case and may, for example, seek leave to amend its complaint, voluntarily dismiss this action, or take other action as appropriate. Under the circumstances, Plaintiff must make a showing

of good cause for failure to prosecute, or the action will be dismissed for lack of prosecution.

Accordingly,

IT IS ORDERED that on or before April 10, 2026 Plaintiff must show cause why this case should not be dismissed for failure to prosecute or take some other appropriate action.

Dated this 25th day of March, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge